UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Raymond Chestnut, | ) | Civil Action No.:  1:16-cv-01221-RBH |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| David Ebbert, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner Raymond Chestnut, a federal prisoner proceeding pro se, has filed a petition for a writ

of habeas corpus pursuant to 28 U.S.C. § 2241.  *See* ECF No. 1.  The matter is now before the Court

for review of the Report and Recommendation (R & R) of United States Magistrate Judge Shiva V.

Hodges.[1]  *See* R & R, ECF No. 21.  The Magistrate Judge recommends the Court summarily dismiss

Petitioner's § 2241 petition without prejudice for lack of jurisdiction and without requiring Respondent

to file an answer.  R & R at 1, 7.

The Magistrate Judge makes only a recommendation to the Court.  The recommendation has

no presumptive weight, and the responsibility to make a final determination remains with the Court.

*Mathews v. Weber*, 423 U.S. 261, 270-71 (1976).  The Court must conduct a de novo review of those

portions of the R & R to which specific objections are made, and it may accept, reject, or modify, in

whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions.

28 U.S.C. § 636(b)(1).

Petitioner has not filed objections to the R & R.  In the absence of objections to the R & R, the

Court is not required to give any explanation for adopting the Magistrate Judge's recommendations.

---

[1]    This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule
73.02(B)(2)(c) for the District of South Carolina.

*See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).   The Court reviews only for clear error in the absence of an objection.  *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'" (quoting Fed. R. Civ. P. 72 advisory committee's note)).

Furthermore, a certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The Fourth Circuit has held that a district court's order denying relief on a petition pursuant to 28 U.S.C. § 2241 is not appealable unless a circuit justice or judge issues a certificate of appealability.  *See, e.g.*, *Garvin v. Wright*, 583 F. App'x 287, 287 (4th Cir. 2014) (citing 28 U.S.C. § 2253(c)(1)(A)).  When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the court's assessment of the constitutional claims is debatable or wrong.  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also Miller-El v. Cockrell*, 537 U.S. 322, 336-38 (2003).  When the district court denies relief on procedural grounds, the prisoner must demonstrate (1) the dispositive procedural ruling is debatable and (2) the petition states a debatable claim of the denial of a constitutional right.  *Slack*, 529 U.S. at 484-85.  In the instant case, the Court concludes that Petitioner has failed to make the requisite showing of "the denial of a constitutional right."

After a thorough review of the record in this case, the Court finds no clear error.  Accordingly, the Court adopts and incorporates by reference the R & R [ECF No. 21] of the Magistrate Judge.  **IT IS THEREFORE ORDERED** that Petitioner's § 2241 petition is **DISMISSED** *without prejudice* and without requiring Respondent to file a return.  **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** because Petitioner has failed to make "a substantial showing of the denial of

2

a constitutional right." 28 U.S.C. § 2253(c)(2).  Petitioner's motion for leave to proceed in forma pauperis [ECF No. 23] is **DENIED AS MOOT.**[2]

      **IT IS SO ORDERED.**

Florence, South Carolina                                s/ R. Bryan Harwell
June 27, 2016                                          R. Bryan Harwell
                                                      United States District Judge

---

[2]     The Court notes that the same day the Magistrate Judge issued the R & R, she issued an order granting Petitioner's prior motion for leave to proceed in forma pauperis.  *See* ECF No. 20.  Thus, Petitioner is already proceeding in forma pauperis.